UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-20830-KMW

ROBIN MCNEIL, *et al.*

       Plaintiffs,

v.

LOANCARE, LLC, *et al.*

       Defendants.
_____/

## FINAL JUDGMENT

This action having settled pursuant to the Stipulation and Settlement Agreement (the "Settlement Agreement") and the Court having entered an Order Granting Final Approval To Class Action Settlement (the "Final Order"), it is **ORDERED AND ADJUDGED** that:

1. This action, including all individual claims and class claims presented herein, is hereby dismissed on the merits and with prejudice against the Named Plaintiffs and all other Settlement Class Members, without fees (including attorneys' fees) or costs to any party except as otherwise provided in the Final Order.

    a. "Named Plaintiffs" means Robin McNeil, Leslie Lewis, Kimberley James, Elijah Lowe, and Brenda Lowe.

    b. "Settlement Class Members" are members of the "Settlement Class," which consists of the following:

> The "Class" shall include all borrowers in the United States who, within the Class Period (as defined below), were charged by LoanCare under a hazard, flood, flood gap or wind-only LPI Policy for Residential Property, and who, within the Class Period, either (i) paid to LoanCare some or all of the Net Premium for that LPI Policy or (ii) did not pay to and

still owe LoanCare the Net Premium for that LPI Policy. Excluded from the Class are: (i) individuals who are or were during the Class Period officers or directors of the Defendants or any of their respective affiliates; (ii) any justice, judge, or magistrate judge of the United States or any State, their spouses, and persons within the third degree of relationship to either of them, or the spouses of such persons; (iii) borrowers who only had an LPI Policy that was cancelled in its entirety such that any premiums charged and/or collected were fully refunded to the borrower or the borrower's escrow account; and, (iv) all borrowers who file a timely and proper request to be excluded from the Class.

The "Class Period" shall commence on January 1, 2009, and shall continue through and including October 25, 2016.

c. "LoanCare" means LoanCare LLC and its predecessors .

d. "Affiliate" of an entity means any person or entity which controls, is controlled by, or is under common control with such entity.

e. "Assurant Defendants" means Assurant, Inc., American Security Insurance Company, Standard Guaranty Insurance Company, and Voyager Indemnity Insurance Company.

f. "LPI Policy" means a lender-placed residential hazard, flood, flood-gap, or wind-only insurance policy or policies issued by American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), or Voyager Indemnity Insurance Company ("VIIC"), and placed pursuant to a mortgage loan agreement, home equity loan agreement, or home equity line of credit serviced by LoanCare to cover a borrower's failure to maintain the required insurance coverage on the residential property securing the loan.

g. "Net Premium" means the amount of premium charged to a Settlement Class Member for an LPI Policy during the Settlement Class Period less any refund paid or credited to the Settlement Class Member.

2.     Named Plaintiffs and all Settlement Class Members who did not timely exclude themselves from the Settlement Class, and their respective family members, heirs, guardians, administrators, executors, predecessors, successors, and assigns, have released the Released Claims as against the Released Persons, and are, from this day forward, hereby permanently barred and enjoined from directly or indirectly (i) filing, asserting, commencing, prosecuting, intervening in, or participating in (as class members or otherwise), any lawsuit, action, claim, counterclaim, or defense in any jurisdiction involving any of the Released Claims; or (ii) organizing any Settlement Class Members into a separate class for purposes of pursuing as a purported class action any lawsuit (including by seeking to amend a pending complaint to include class allegations, or seeking class certification in a pending action) based on or relating to the claims and causes of action, or the facts and circumstances relating thereto, in this action and/or the Released Claims.

a.     "Released Claims" means any and all claims, couterclaims, actions, causes of action, defenses, suits, debts, sums of money, payments, obligations, reckonings, promises, damages, penalties, attorney's fees and costs, liens, judgments, and demands of any kind whatsoever that each member of the Settlement Class may have until the close of the Settlement Class Period or may have had in the past, whether in arbitration, administrative, or judicial proceedings, whether as individual claims or as claims asserted on a class basis, whether past or present, mature or not yet mature, known or unknown, suspected or unsuspected, whether based on federal, state, or local law, statute, ordinance, regulations, contract, common law, or any other source, that were or could have been sought or alleged in the Litigation or that relate, concern, arise from, or

pertain in any way to the Released Persons' conduct, policies, or practices concerning LoanCare's placement, or the Assurant Defendants' issuance, of LPI Policies or to the receipt or disclosure or nondisclosure of charges related to the advancing of LPI premiums during the Settlement Class Period, including but not limited to conduct, policies or practices concerning LPI Policies or to charges for LoanCare's Placement of LPI Policies during the Settlement Class Period. In agreeing to this Release, Named Plaintiffs explicitly acknowledge that unknown losses or claims could possibly exist and that any present losses may have been underestimated in amount or severity.

        b. The Released Claims of both the Named Plaintiffs and the Settlement Class Members shall include, but not be limited to, all claims related to LoanCare's insurance requirements; the relationship, whether contractual or otherwise, between LoanCare and the Assurant Defendants regarding LPI, including, but not limited to, the procuring, underwriting, placement, insurance tracking, or costs of LPI Policies; the coverage amount, duration, issue date, alleged "backdating," or alleged excessiveness of any LPI Policies placed or charged by LoanCare; the payment or receipt of commissions, expense reimbursements, alleged "kickbacks," or any other compensation under any LPI Policies placed or charged by LoanCare; any alleged "tying" arrangement involving LoanCare and LPI; any alleged breach of fiduciary duty by LoanCare concerning LPI Policies; any alleged tortious interference by the Assurant Defendants with mortgage loans serviced by LoanCare; the receipt or disclosure or non-disclosure of any and all payments, expenses, fees, finance charges, other charges, or features pertaining in any way to, in connection with, or under any LPI Policies or coverage under such LPI Policies and charges for such coverage placed

or charged by LoanCare; the receipt or non-disclosure of any benefit under any LPI Policies or coverage under such LPI Policies and charges for such coverage placed or charged by LoanCare; the content, manner, or accuracy of any communications regarding the placement of any LPI Policies by LoanCare; and to the regulatory approval or non-approval of any LPI Policy, or the premium thereon, placed or charged by LoanCare.  Each Settlement Class Member shall be considered, by operation of the Final Judgment, to have received full and final redress, including but not limited to any refund, reimbursement, restitution, or damages for the conduct covered by the release.

        c.     "Released Persons" means, only with respect to Released Claims: (a) all Defendants, and Assurant, Inc., and each of their respective past or present, direct or indirect, Affiliates, parent companies, subsidiaries, divisions, predecessors, successors, assigns, investors, and all past or present officers, directors, employees, agents, shareholders, members, brokers, distributors, representatives, and attorneys of any such entities or persons; (b) any lenders, servicers, investors, and/or other companies for which LoanCare acts, serves, or functions as a servicer or sub-servicer in connection with any loan to a Settlement Class Member; (c) any other insurance carriers that issued or may have issued LPI for LoanCare insuring real property owned by any Settlement Class Member; and (c) any trustee of a mortgage securitization trust which included loans made to any Settlement Class Member, including, but not limited to, any direct or indirect subsidiary of any of them, and all of the officers, directors, employees, agents, brokers, distributors, representatives, and attorneys of all such entities.

     3.     Notwithstanding the dismissal of this entire action, the Court shall retain jurisdiction over the construction, interpretation, consummation, implementation, and

enforcement of the Settlement Agreement, including jurisdiction to enter such further orders as may be necessary or appropriate.

4.  Settlement Class Members shall promptly dismiss with prejudice all claims, counterclaims, defenses, actions, or proceedings that have been brought by any Settlement Class Member in any jurisdiction and that have been released pursuant to the Settlement Agreement and Final Order and enjoined pursuant to this judgment.

5.  All pending motions are **DENIED AS MOOT**. All hearings, deadlines, and trial settings are **CANCELED**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of March, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE